B 1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Southern District of West Virginia

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): Comvest Ltd., Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 55-0696895 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): PO Box 2025, Clarksburg, WV  ZIP CODE 26302 | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: Harrison | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): PO Box 2025, Clarksburg, WV | ZIP CODE 26302 |

### Type of Debtor (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Case 1:10-bk-00830 Doc 1 Filed 04/02/10 Entered 04/15/10 10:59:43 Desc Main
Document Page 1 of 16

B 1 (Official Form 1) (1/08)    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Comvest Ltd., Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X Not Applicable**
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form 1) (1/08)                                                                                                    FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Comvest Ltd., Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable** Signature of Debtor | X **Not Applicable** (Signature of Foreign Representative) |
| X **Not Applicable** Signature of Joint Debtor | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) Date | Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _[signature]_ Signature of Attorney for Debtor(s) **Andrew S. Nason  Bar No. 2707** Printed Name of Attorney for Debtor(s) / Bar No. **Pepper & Nason** Firm Name **8 Hale Street Charleston, WV 25301** Address **304-346-0361         304-346-1054** Telephone Number **4/02/10** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. **Not Applicable** Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _[signature]_ Signature of Authorized Individual **H. David Cutlip** Printed Name of Authorized Individual **President** Title of Authorized Individual **4-2-10** Date | X **Not Applicable** Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re __Comvest Ltd., Inc._____, Case No. _____
                 Debtor                                    Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Town of Granville<br>233 Dents Run Blvd<br>Granville, WV 26534 | | | | $89,200.00 |
| Buffalo Creek PSD<br>PO Box 209<br>Amherstdale, WV 25607 | | | | $747.12 |
| City of Elkins<br>401 Davis Ave<br>Elkins, WV 26241 | | | | $4,507.20 |
| Fairfax Volunteer Fire Department<br>4081 University Dr<br>Fairfax, VA 22030 | | | | $15,298.31 |
| Greenmount Volunteer Fire Department<br>3095 Emmitsburg Rd<br>Gettysburg, PA 17325 | | | | $2,802.02 |
| Jefferson County Commission<br>124 East Washington St<br>Charles Town, WV 25414 | | | | $35,839.07 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.** , Case No. _____
  Debtor             Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Charles Town Utility Board<br>842 South George St<br>Charles Town, WV 25414 | | | | $276,492.93 |
| Stonewall Jackson Hospital<br>230 Hospital Plaza<br>Weston, WV 26452 | | | | $34,416.00 |
| Poca Valley Bank<br>PO Box 1147<br>Poca, WV 25159 | | | | $317,900.00 |
| Cora Volunteer Fire Department<br>PO Box 299<br>Cora, WV 25614 | | | | $10,000.00 |
| Canaan Valley Institute<br>PO Box 673<br>Davis, WV 26260 | | | | $52,906.43 |
| Town of Paw Paw<br>122 Winchester St<br>Paw Paw, WV 25434 | | | | $24,920.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re Comvest Ltd., Inc.
Debtor

Case No. _____
Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Town of Handley Sanitary Board<br>PO Box 100<br>Handley, WV 25102 | | | | $16,107.98 |
| City of Fairmont<br>200 Jackson St, Ste 301 3rd floor<br>Fairmont, WV 26554 | | | | $517,623.00 |
| City of Hurricane<br>2718 Main St<br>Hurricane, WV 25526 | | | | $8,884.82 |
| Marion County Parks and Recreation<br>319 Monroe St<br>Fairmont, WV 26554 | | | | $47,129.00 |
| Fork Ridge Volunteer Fire Dept.<br>RD 1 Box 203 A<br>Glen Easton, WV 26039 | | | | $54,456.00 |
| Bank of Clarke<br>PO Box 391<br>Berryville, VA 22611 | | | | $433,539.93 |

B4 (Official Form 4) (12/07)4 -Cont.

In re __Comvest Ltd., Inc._____,  Case No. _____
                        Debtor                   Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Greensville County Water & Sewer Auth. Greenville County Circle Emporia, VA 33847 | | | | $17,332.88 |
| Mineral County Board of Education 1 Baker Place Keyser, WV 26726 | | | | $10,813.18 |
| City of Moorefield 206 Winchester Ave Moorefield, WV 26835 | | | | $221.00 |
| City of Nitro PO Box 308 Nitro, WV 25143 | | | | $4,619.00 |
| Town of Pax PO Box 118 Pax, WV 25904 | | | | $942.35 |
| County of Shenandoah 600 N Main St Woodstock, VA 22664 | | | | $144,233.62 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.** _____ , Case No. _____
                           Debtor                      Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Roane Board of Education<br>813 Capital St<br>Spencer, WV 25276 | | | | $250,000.00 |
| City of Ripley<br>113 S Church St<br>Ripley, WV 25271 | | | | $57,900.00 |
| Town of Williamson<br>Williamson Utility Board<br>104 East 4th Ave<br>Williamson, WV 25661 | | | | $4,098.20 |
| Town of Ridgely<br>PO Box 1290<br>Ridgley, WV 26753 | | | | $27.00 |
| Comvest Capital, LLC<br>PO Box 2025<br>Clarksburg, WV 26302-2025 | | | | $405,774.85 |
| Freedom Bank<br>315 Crim Ave<br>Belington, WV 26250 | | | | $498,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  Comvest Ltd., Inc. _____, Case No. _____
                            Debtor                   Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Page Valley Bank<br>17 W Main St<br>Luray, VA 22835 | | | | $556,065.89 |
| City of Roncaverte<br>200 W Main St<br>Roncerverte, WV 24970 | | | | $5,811.70 |
| City of Glen Dale<br>402 Wheeling Ave<br>Glen Dale, WV 26038 | | | | $5,357.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, H. David Cutlip, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4-2-10          Signature: _____

                                 H. David Cutlip, President
                                 (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court

## Southern District of West Virginia

In re:

Comvest Ltd., Inc.

Case No. _____
Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, H. David Cutlip, declare under penalty of perjury that I am the President of Comvest Ltd., Inc., a Corporation and that on the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Cutlip, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that David Cutlip, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that David Cutlip, President of this Corporation, is authorized and directed to employ Andrew S. Nason, attorney and the law firm of Pepper & Nason to represent the Corporation in such bankruptcy case."

Executed on: 4-2-10

Signed: _____
H. David Cutlip

Bank of Clarke
PO Box 391
Berryville, VA 22611


Buffalo Creek PSD
PO Box 209
Amherstdale, WV 25607


Canaan Valley Institute
PO Box 673
Davis, WV 26260


Charles Town Utility Board
842 South George St
Charles Town, WV 25414


City of Elkins
401 Davis Ave
Elkins, WV 26241


City of Fairmont
200 Jackson St, Ste 301 3rd floor
Fairmont, WV 26554


City of Glen Dale
402 Wheeling Ave
Glen Dale, WV 26038


City of Hurricane
2718 Main St
Hurricane, WV 25526


City of Moorefield
206 Winchester Ave
Moorefield, WV 26835

City of Nitro
PO Box 308
Nitro, WV 25143


City of Ripley
113 S Church St
Ripley, WV 25271


City of Ronceverte
200 W Main St
Roncerverte, WV 24970


Comvest Capital, LLC
PO Box 2025
Clarksburg, WV 26302-2025


Cora Volunteer Fire Department
PO Box 299
Cora, WV 25614


County of Shenandoah
600 N Main St
Woodstock, VA 22664


Fairfax Volunteer Fire Department
4081 University Dr
Fairfax, VA 22030


Fork Ridge Volunteer Fire Dept.
RD 1 Box 203 A
Glen Easton, WV 26039


Freedom Bank
315 Crim Ave
Belington, WV 26250

Greenmount Volunteer Fire Departmen
3095 Emmitsburg Rd
Gettysburg, PA 17325


Greensville County Water & Sewer Au
Greenville County Circle
Emporia, VA 33847


Jefferson County Commission
124 East Washington St
Charles Town, WV 25414


Marion County Parks and Recreation
319 Monroe St
Fairmont, WV 26554


Mineral County Board of Education
1 Baker Place
Keyser, WV 26726


Page Valley Bank
17 W Main St
Luray, VA 22835


Poca Valley Bank
PO Box 1147
Poca, WV 25159


Roane Board of Education
813 Capital St
Spencer, WV 25276


Stonewall Jackson Hospital
230 Holspital Plaza
Weston, WV 26452

Town of Granville
233 Dents Run Blvd
Granville, WV 26534

Town of Handley Sanitary Board
PO Box 100
Handley, WV 25102

Town of Paw Paw
122 Winchester St
Paw Paw, WV 25434

Town of Pax
PO Box 118
Pax, WV 25904

Town of Ridgely
PO Box 1290
Ridgley, WV 26753

Town of Williamson
Williamson Utility Board
104 East 4th Ave
Williamson, WV 25661

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

In re:   Case No. _____

Comvest Ltd., Inc.   Chapter 11 _____

Debtor.

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), and attorney for debtor(s) if applicable, hereby verify(ies) that the attached mailing matrix of creditors is complete, correct and consistent with the debtor(s)'s schedules to the best of my (our) knowledge.

Date: 4-2-10   Signature of Debtor: H. David Cutlip

Date: 4/2/2010   Signature of Attorney for Debtor(s), if any:

Andrew S. Nason
Attorney for Debtor(s)
Bar no.: 2707
Pepper & Nason
8 Hale Street
Charleston, WV 25301
Telephone No.: 304-346-0361
Fax No.: 304-346-1054
E-mail address: ASNason@Ntelos.com

RESOLUTION OF THE BOARD OF DIRECTORS

OF

COMVEST, LTD., INC.

At a Special Meeting of the Board of Directors of Comvest, Ltd., Inc. (the "Company"), held on the 17th day of March, 2010, at which all of the Board Members of the Company were in attendance and notice of which was waived by the Board Members, it was

RESOLVED, that the company should file a voluntary bankruptcy petition under 11 U.S.C. Section 101 et seq., and it was further

RESOLVED, that H. David Cutlip, President of the Company is hereby authorized to sign the voluntary petition as well as any and all documents necessary or convenient to effectuate the filing of the voluntary bankruptcy petition and to undertake a bankruptcy proceeding on behalf of the Company.

DIRECTORS:

_____
H. David Cutlip

_____
James R. Christie