B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Southern District of West Virginia

In re __Comvest Ltd., Inc._____, Case No. _____

Debtor

Chapter __11__

## Amended
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Page Valley Bank<br>17 W Main St<br>Luray, VA 22835 | | | | $556,065.89 |
| City of Fairmont<br>200 Jackson St, Ste 301 3rd floor<br>Fairmont, WV 26554 | | | | $517,623.00 |
| Freedom Bank<br>115 Crim Ave<br>Belington, WV 26250 | | | | $498,000.00 |
| Bank of Clarke<br>PO Box 391<br>Berryville, VA 22611 | | | | $433,539.93 |
| Comvest Capital, LLC<br>PO Box 2025<br>Clarksburg, WV 26302-2025 | | | | $405,774.85 |
| Poca Valley Bank<br>PO Box 1147<br>Poca, WV 25159 | | | | $317,900.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.**　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Charles Town Utility Board<br>842 South George St<br>Charles Town, WV 25414 | | | | $278,492.93 |
| Roane Board of Education<br>813 Capital St<br>Spencer, WV 25276 | | | | $250,000.00 |
| County of Shenandoah<br>600 N Main St<br>Woodstock, VA 22664 | | | | $144,233.82 |
| Town of Granville<br>133 Dents Run Blvd<br>Granville, WV 26534 | | | | $89,200.00 |
| City of Ripley<br>13 S Church St<br>Ripley, WV 25271 | | | | $67,900.00 |
| Cork Ridge Volunteer Fire Dept.<br>RD 1 Box 203 A<br>Glen Easton, WV 26039 | | | | $54,456.00 |

I4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.**　　　　　　　　　　　　　　　　　, Case No. _____
　　　　　　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Canaan Valley Institute<br>PO Box 673<br>Davis, WV 26260 | | | | $52,906.43 |
| Marion County Parks and Recreation<br>319 Monroe St<br>Fairmont, WV 26554 | | | | $47,129.00 |
| Jefferson County Commission<br>124 East Washington St<br>Charles Town, WV 25414 | | | | $35,839.07 |
| Stonewall Jackson Hospital<br>230 Hospital Plaza<br>Weston, WV 26452 | | | | $34,416.00 |
| Town of Paw Paw<br>122 Winchester St<br>Paw Paw, WV 25434 | | | | $24,920.00 |
| Greensville County Water & Sewer Auth.<br>Greenville County Circle<br>Emporia, VA 33847 | | | | $17,332.88 |

34 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Town of Handley Sanitary Board<br>PO Box 100<br>Handley, WV 25102 | | | | $16,107.98 |
| Fairfax Volunteer Fire Department<br>4081 University Dr<br>Fairfax, VA 22030 | | | | $15,298.31 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, H. David Cutlip, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 4-8-10　　　　　　　　　　　Signature: _[signed]_

　　　　　　　　　　　　　　　　　　　　　　H. David Cutlip, President
　　　　　　　　　　　　　　　　　　　　　　(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
COMVEST LTD., INC.

Debtor.

Case No. 10-40119
Chapter 11
Reorganization

## CERTIFICATE OF SERVICE

I, Andrew S. Nason, counsel for the Debtor, do hereby certify that I have served copies of the **AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** upon the following by depositing true and exact copies thereof in the United States Mail, in properly addressed and stamped envelopes, on the 8 day of April, 2010.

Debra A. Wertman (served electronically)

_____
ANDREW S. NASON (WVSB #2707)
Counsel for Debtors
Pepper & Nason
8 Hale Street
Charleston, WV 25301
(304) 346-0361