B 1 (Official Form 1) (1/08)

## United States Bankruptcy Court
### Southern District of West Virginia

| Name of Debtor (if individual, enter Last, First, Middle): Comvest Ltd., Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): 55-0696895 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): PO Box 2025 Clarksburg, WV ZIP CODE 26302 | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: Harrison | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): PO Box 2025, Clarksburg, WV | ZIP CODE 26302 |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity (Check box, if applicable) | Nature of Debts (Check one box) |
|---|---|---|
| | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B 1 (Official Form 1) (1/08)                                                    FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Comvent Ltd., Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**B 1 (Official Form 1) (1/08)**                                                    **FORM B1, Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Comvest Ltd., Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

<table>
<tr><td>X <b>Not Applicable</b></td><td>X <b>Not Applicable</b></td></tr>
<tr><td>Signature of Debtor</td><td>(Signature of Foreign Representative)</td></tr>
<tr><td>X <b>Not Applicable</b></td><td></td></tr>
<tr><td>Signature of Joint Debtor</td><td>(Printed Name of Foreign Representative)</td></tr>
<tr><td>Telephone Number (If not represented by attorney)</td><td></td></tr>
<tr><td>Date</td><td>Date</td></tr>
</table>

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____ | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. |
| Signature of Attorney for Debtor(s) | |
| **Andrew S. Nason  Bar No. 2707** | |
| Printed Name of Attorney for Debtor(s) / Bar No. | |
| **Pepper & Nason** | |
| Firm Name | |
| **8 Hale Street Charleston, WV 25301** | |
| Address | **Not Applicable** |
| | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **304-346-0361        304-346-1054** | |
| Telephone Number | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **4/02/10** | |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Address |

| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| | Date |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| X _____ | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| Signature of Authorized Individual | |
| **H. David Cutlip** | If more than one person prepared this document, attach to the appropriate official form for each person. |
| Printed Name of Authorized Individual | |
| **President** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Title of Authorized Individual | |
| **4-2-10** | |
| Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Comvest Ltd., Inc.**

Debtor

Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Town of Granville**<br>**233 Dents Run Blvd**<br>**Granville, WV 26534** | | | | $89,200.00 |
| **Buffalo Creek PSD**<br>**PO Box 209**<br>**Amherstdale, WV 25607** | | | | $747.12 |
| **City of Elkins**<br>**401 Davis Ave**<br>**Elkins, WV 26241** | | | | $4,607.20 |
| **Fairfax Volunteer Fire Department**<br>**4081 University Dr**<br>**Fairfax, VA 22030** | | | | $15,298.31 |
| **Greenmount Volunteer Fire Department**<br>**3095 Emmitsburg Rd**<br>**Gettysburg, PA 17325** | | | | $2,802.02 |
| **Jefferson County Commission**<br>**124 East Washington St**<br>**Charles Town, WV 25414** | | | | $35,839.07 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.**                                         Case No. _____
                              Debtor                        Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Charles Town Utility Board<br>842 South George St<br>Charles Town, WV 25414 | | | | $276,492.93 |
| Stonewall Jackson Hospital<br>230 Holspital Plaza<br>Weston, WV 26452 | | | | $34,416.00 |
| Poca Valley Bank<br>PO Box 1147<br>Poca, WV 25159 | | | | $317,900.00 |
| Cora Volunteer Fire Department<br>PO Box 299<br>Cora, WV 25614 | | | | $10,000.00 |
| Canaan Valley Institute<br>PO Box 673<br>Davis, WV 26260 | | | | $52,906.43 |
| Town of Paw Paw<br>122 Winchester St<br>Paw Paw, WV 25434 | | | | $24,920.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re __Comvest Ltd., Inc._____          Case No. _____
                                        Debtor                Chapter __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Town of Handley Sanitary Board PO Box 100 Handley, WV 25102 | | | | $16,107.98 |
| City of Fairmont 200 Jackson St, Ste 301 3rd floor Fairmont, WV 26554 | | | | $517,623.00 |
| City of Hurricane 2718 Main St Hurricane, WV 25526 | | | | $8,884.82 |
| Marion County Parks and Recreation 319 Monroe St Fairmont, WV 26554 | | | | $47,129.00 |
| Fork Ridge Volunteer Fire Dept. RD 1 Box 203 A Glen Easton, WV 26039 | | | | $54,456.00 |
| Bank of Clarke PO Box 391 Barryville, VA 22611 | | | | $493,539.93 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.**_____,    Case No. _____
                                    Debtor                          Chapter  **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| **Greensville County Water & Sewer Auth.** <br> **Greenville County Circle** <br> **Emporia, VA 33847** | | | | $17,332.88 |
| **Mineral County Board of Education** <br> **1 Baker Place** <br> **Keyser, WV 26726** | | | | $10,813.18 |
| **City of Moorefield** <br> **206 Winchester Ave** <br> **Moorefield, WV 26835** | | | | $221.00 |
| **City of Nitro** <br> **PO Box 308** <br> **Nitro, WV 25143** | | | | $4,619.00 |
| **Town of Pax** <br> **PO Box 118** <br> **Pax, WV 25904** | | | | $942.35 |
| **County of Shenandoah** <br> **600 N Main St** <br> **Woodstock, VA 22664** | | | | $144,233.82 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.** _____,   Case No. _____

                              Debtor                    Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Roane Board of Education 813 Capital St Spencer, WV 25276 | | | | $250,000.00 |
| City of Ripley 113 S Church St Ripley, WV 25271 | | | | $57,900.00 |
| Town of Williamson Williamson Utility Board 104 East 4th Ave Williamson, WV 25661 | | | | $4,098.20 |
| Town of Ridgely PO Box 1290 Ridgley, WV 26753 | | | | $27.00 |
| Comvest Capital, LLC PO Box 2025 Clarksburg, WV 26302-2025 | | | | $405,774.85 |
| Freedom Bank 315 Crim Ave Belington, WV 26250 | | | | $498,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Comvest Ltd., Inc.**
                              Debtor

Case No. _____

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Page Valley Bank**<br>**17 W Main St**<br>**Luray, VA 22835** | | | | **$556,065.89** |
| **City of Ronceverte**<br>**200 W Main St**<br>**Ronceverte, WV 24970** | | | | **$5,811.70** |
| **City of Glen Dale**<br>**402 Wheeling Ave**<br>**Glen Dale, WV 26038** | | | | **$5,357.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, H. David Cutlip, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ____**4-2-10**____          Signature: _____

**H. David Cutlip ,President**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court

## Southern District of West Virginia

In re:                                                                Case No. _____

                                                                      Chapter   11

      **Comvest Ltd., Inc.**


## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, H. David Cutlip, declare under penalty of perjury that I am the **President of Comvest Ltd., Inc.,** a  Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that **David Cutlip, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that **David Cutlip, President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved, that **David Cutlip, President** of this Corporation, is authorized and directed to employ **Andrew S. Nason,** attorney and the law firm of **Pepper & Nason** to represent the Corporation in such bankruptcy case."


Executed on:     4-2-10                           Signed:  _____

                                                                      **H. David Cutlip**

Bank of Clarke
PO Box 391
Berryville, VA 22611


Buffalo Creek PSD
PO Box 209
Amherstdale, WV 25607


Canaan Valley Institute
PO Box 673
Davis, WV 26260


Charles Town Utility Board
842 South George St
Charles Town, WV 25414


City of Elkins
401 Davis Ave
Elkins, WV 26241


City of Fairmont
200 Jackson St, Ste 301 3rd floor
Fairmont, WV 26554


City of Glen Dale
402 Wheeling Ave
Glen Dale, WV 26038


City of Hurricane
2718 Main St
Hurricane, WV 25526


City of Moorefield
206 Winchester Ave
Moorefield, WV 26835

04/02/2010  12:15  3048426217                    COMVEST                              #2053 P.015/018

04/02/2010 12:15 3048426217 Case 1:10-bk-401104-3 Doc 54 Filed 04/02/10 Entered 04/02/10 15:25:46  Desc Main
                                   Document       Page 12 of 16

City of Nitro
PO Box 308
Nitro, WV 25143


City of Ripley
113 S Church St
Ripley, WV 25271


City of Ronceverte
200 W Main St
Ronceverte, WV 24970


Comvest Capital, LLC
PO Box 2025
Clarksburg, WV 26302-2025


Cora Volunteer Fire Department
PO Box 299
Cora, WV 25614


County of Shenandoah
600 N Main St
Woodstock, VA 22664


Fairfax Volunteer Fire Department
4081 University Dr
Fairfax, VA 22030


Fork Ridge Volunteer Fire Dept.
RD 1 Box 203 A
Glen Easton, WV 26039


Freedom Bank
315 Crim Ave
Belington, WV 26250

Greenmount Volunteer Fire Departmen
3095 Emmitsburg Rd
Gettysburg, PA 17325


Greensville County Water & Sewer Au
Greenville County Circle
Emporia, VA 33847


Jefferson County Commission
124 East Washington St
Charles Town, WV 25414


Marion County Parks and Recreation
319 Monroe St
Fairmont, WV 26554


Mineral County Board of Education
1 Baker Place
Keyser, WV 26726


Page Valley Bank
17 W Main St
Luray, VA 22835


Poca Valley Bank
PO Box 1147
Poca, WV 25159


Roane Board of Education
813 Capital St
Spencer, WV 25276


Stonewall Jackson Hospital
230 Holspital Plaza
Weston, WV 26452

Town of Granville
233 Dents Run Blvd
Granville, WV 26534


Town of Handley Sanitary Board
PO Box 100
Handley, WV 25102


Town of Paw Paw
122 Winchester St
Paw Paw, WV 25434


Town of Pax
PO Box 118
Pax, WV 25904


Town of Ridgely
PO Box 1290
Ridgley, WV 26753


Town of Williamson
Williamson Utility Board
104 East 4th Ave
Williamson, WV 25661

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

In re:                                                    Case No. _____

Comvest Ltd., Inc.                                        Chapter    11  _____

Debtor.


# VERIFICATION OF CREDITOR MATRIX


The above named debtor(s), and attorney for debtor(s) if applicable, hereby verify(ies) that the attached
mailing matrix of creditors is complete, correct and consistent with the debtor(s)'s schedules to the best of my (our)
knowledge.


Date:    4-2-10          Signature of Debtor: _____
                                                H. David Cutlip

Date:    4/2/2010        Signature of Attorney for Debtor(s), if any: _____

                                                Andrew S. Nason
                                                Attorney for Debtor(s)
                                                Bar no.:          2707
                                                Pepper & Nason
                                                8 Hale Street
                                                Charleston, WV 25301
                                                Telephone No.:    304-346-0361
                                                Fax No.:          304-346-1054
                                                E-mail address:   ASNason@Ntelos.com

## RESOLUTION OF THE BOARD OF DIRECTORS

### OF

### COMVEST, LTD., INC.

At a Special Meeting of the Board of Directors of Comvest, Ltd., Inc. (the "Company"), held on the 17th day of March, 2010, at which all of the Board Members of the Company were in attendance and notice of which was waived by the Board Members, it was

RESOLVED, that the company should file a voluntary bankruptcy petition under 11 U.S.C. Section 101 et seq., and it was further

RESOLVED, that H. David Cutlip, President of the Company is hereby authorized to sign the voluntary petition as well as any and all documents necessary or convenient to effectuate the filing of the voluntary bankruptcy petition and to undertake a bankruptcy proceeding on behalf of the Company.

DIRECTORS:

H. David Cutlip

James R. Christie

B6A (Official Form 6A) (12/07)

In re:  **Comvest Ltd., Inc.**                                            Case No. _____
                            Debtor                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

                                             Total  ➤     |  0.00
                                                          (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Comvest Ltd., Inc.**                                    Case No. _____
                           Debtor                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Balington (Freedom) | | 1,514.33 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Progressive | | 1,435.31 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WesBanco | | 11,974.07 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Policy for H. David Cutlip payable on death benefit ($500,000) | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Policy for James R. Christie payable on death benefit ($500,000) | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Policy for James S. Roberts payable on death benefit ($500,000) | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Comvest Ltd., Inc.                                    Case No.
                              Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable (list to be provided later) (not discounted) | | 2,354,382.78 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26 Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 Dell computers | | 1,564.00 |
| Office equipment, furnishings, and supplies. | | Dell computer | | 1,220.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Comvest Ltd., Inc.**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **New server-Fusion Computer Service** | | 4,366.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

___2___ continuation sheets attached

Total ➤ **$2,376,456.49**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_H Daniel Culley, Receiver_

Case 1:10-bk-00838 Doc 31 Filed 04/22/10 Entered 04/22/10 07:52:21 Desc Main Document Page 20 of 53

B6D (Official Form 6D) (12/07)

In re  **Comvest Ltd., Inc.**                                           Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Freedom Bank**<br>**312 Crim Ave**<br>**Belington, WV 26250** | X | | **Security Agreement**<br>**Inventory, all equipment and all accounts receiveable April 10, 1996.**<br><br>**VALUE $498,000.00** | | X | | 498,000.00 | 0.00 |

_[signature]_

0    continuation sheets
     attached

Subtotal  ▸
(Total of this page)

|   |   |   |
|---|---|---|
| $ | 498,000.00 | $ |
| | | 0.00 |

Total  ▸
(Use only on last page)

|   |   |   |
|---|---|---|
| $ | 498,000.00 | $ |
| | | 0.00 |

(Report also on Summary of  (If applicable, report
Schedules)                      also on Statistical
                                Summary of Certain
                                Liabilities and
                                Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Comvest Ltd., Inc.**                                       Case No. _____
                            Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                 1 continuation sheets attached

B6E (Official Form 6E) (4/10) – Cont.

In re   **Comvest Ltd., Inc.** _____          Case No. _____
                                Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Comvest Ltd., Inc.**_____          Case No. _____
                              **Debtor**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **A-1 Supply Distributor** Rt 1 Box 660501 Clarksburg, WV 26301 | | | | | | | 43.75 |
| ACCOUNT NO. **Aqua Filter Fresh** PO Box 14128 Pittsburgh, PA 15239 | | | | | | | 26.50 |
| ACCOUNT NO. **Bowles Rice McDavid Graff & Love PLLC** PO Box 1386 Charleston, WV 25325 | | | | | | | 48,000.00 |
| ACCOUNT NO. **Brickstreet Mutual Insurance Co** 400 Quarrier St Charleston, WV 25301-2010 | | | | | | | 286.50 |
| ACCOUNT NO. **Brothers Lazer** 472 Coolspring St Uniontown, PA 15401 | | | | | | | 829.99 |

   11   Continuation sheets attached

                                                      Subtotal  ▶  $          49,186.74

                                                          Total  ▶  $
                                        (Use only on last page of the completed Schedule F.)
                               (Report also on Summary of Schedules and, if applicable on the Statistical
                                           Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Comvest Ltd., Inc.**                                          Case No. _____
                                    **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Buffalo Creek PSD**<br>**PO Box 209**<br>**Amherstdale, WV 25607** | | | | | | | 747.12 |
| ACCOUNT NO.<br><br>**Canaan Valley Institute**<br>**PO Box 673**<br>**Davis, WV 26260**<br><br>**Progressive Bank**<br>**10 Nona St**<br>**Buckhannon, WV 26201** | | | | | | | 52,906.43 |
| ACCOUNT NO.<br><br>**Charles Schwab**<br>**c/o Lanham O'Dell & Co.**<br>**PO Box 537**<br>**Hurricane, WV 25526**<br><br>**H. David Cutlip**<br>**148 Liberty St**<br>**Salem, WV 26426**<br><br>**Pat Curry**<br>**534 Ritter St**<br>**Bridgeport, WV 26330**<br><br>**Jeff Smell**<br>**215 Faris Ave**<br>**Bridgeport, WV 26330**<br><br>**James R. Christie**<br>**1207 Briercliff Rd**<br>**Bridgeport, WV 26330** | | | 401k | | | | 10,772.34 |

Sheet no. 1 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 64,425.89

Total ▶  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Comvest Ltd., Inc.**                                    Case No. _____
                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Charles Town Utility Board**<br>842 South George St<br>Charles Town, WV 25414<br><br><br>**Bank of Clarke**<br>PO Box 391<br>Berryville, VA 22611 | | | | | | | 278,492.93 |
| ACCOUNT NO.<br><br>**Chrisite-Cutlip Development Inc**<br>735 Genesis Blvd<br>Bridgeport, WV 26330 | | | | | | | 14,950.00 |
| ACCOUNT NO.<br><br>**City of Bridgeport**<br>515 W Main St<br>Bridgeport, WV 26330 | | | | | | | 907.50 |
| ACCOUNT NO.<br><br>**City of Elkins**<br>401 Davis Ave<br>Elkins, WV 26241<br><br><br>**Summit Bank**<br>PO Box 580<br>Moorefield, WV 26836 | | | | | | | 4,507.20 |

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ▶  |$        298,857.63 |

                                                    Total  ▶  |$                    |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Comvest Ltd., Inc.**                    Case No. _____
                    Debtor                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **City of Fairmont** 200 Jackson St, Ste 301 3rd floor Fairmont, WV 26554 | | | | | | | 517,623.00 |
| Page Valley Bank 17 W Main St Luray, VA 22835 | | | | | | | |
| **ACCOUNT NO.** **City of Glen Dale** 402 Wheeling Ave Glen Dale, WV 26038 | | | | | | | 5,357.00 |
| Progressive Bank W Main and Locust St Buckhannon, WV 26201 | | | | | | | |
| **ACCOUNT NO.** **City of Hurricane** 2718 Main St Hurricane, WV 25526 | | | | | | | 8,884.82 |
| Eric S. Gordon Trust 819 Springdale Dr Charleston, WV 25302 | | | | | | | |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $  **531,864.82**

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Comvest Ltd., Inc.                                    Case No. _____
                              Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **City of Moorefield** 206 Winchester Ave Moorefield, WV 26835 **Summit Bank** PO Box 1680 Moorefield, WV 26836 | | | | | | | 221.00 |
| **ACCOUNT NO.** **City of Ripley** 113 S Church St Ripley, WV 25271 **Poca Valley Bank** PO Box 1147 Poca, WV 25159 | | | | | | | 67,900.00 |
| **ACCOUNT NO.** **City of Roncaverte** 200 W Main St Roncerverte, WV 24970 **Page Valley Bank** 17 W Main St Luray, WV 22835 | | | | | | | 5,811.70 |
| **ACCOUNT NO.** **Comvest Capital, LLC** PO Box 2025 Clarksburg, WV 26302-2025 | | | | | | | 405,774.85 |

Sheet no. 4 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►  $  | 479,707.55

Total ►  $  |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Comvest Ltd., Inc.**                          Case No. _____

                      **Debtor**                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 10,000.00 |
| **Cora Volunteer Fire Department** PO Box 299 Cora, WV 25614 | | | | | | | |
| **Eric Gordon Trust** 819 Springdale Dr Charleston, WV 25302 | | | | | | | |
| ACCOUNT NO. | | | | | | | 144,233.82 |
| **County of Shenandoah** 600 N Main St Woodstock, VA 22664 | | | | | | | |
| **Bank of Clarke** PO Box 391 Berryville, VA 22611 | | | | | | | |
| ACCOUNT NO. | | | | | | | 15,298.31 |
| **Fairfax Volunteer Fire Department** 4081 University Dr Fairfax, VA 22030 | | | | | | | |
| **Page Valley Bank** 17 W Main St Luray, VA 22835 | | | | | | | |
| ACCOUNT NO. | | | | | | | 102.39 |
| **Fanelli Boys, Inc** 656 7th St Parkersburg, WV 26101 | | | | | | | |

Sheet no. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal  >  $ | **169,834.52** |

                                          Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Comvest Ltd., Inc.  Case No. _____
                Debtor                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fork Ridge Volunteer Fire Dept.<br>RD 1 Box 203 A<br>Glen Easton, WV 26039<br><br>Progressive Bank<br>W Main & Locust St<br>Buckhannon, WV 26201 | | | | | | | 54,455.00 |
| ACCOUNT NO.<br><br>Greenmount Volunteer Fire Department<br>3095 Emmitsburg Rd<br>Gettysburg, PA 17325 | | | | | | | 2,802.02 |
| ACCOUNT NO.<br><br>Greensville County Water & Sewer Auth.<br>Greenville County Circle<br>Emporia, VA 33847<br><br>Page Valley Bank<br>17 W Main St<br>Luray, VA 22835 | | | | | | | 17,332.88 |
| ACCOUNT NO.<br><br>Jefferson County Commission<br>124 East Washington St<br>Charles Town, WV 25414<br><br>Summit Bank<br>PO Box 560<br>Moorefield, WV 26836 | | | | | | | 35,839.07 |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 110,429.97

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Comvest Ltd., Inc.                                    Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 47,129.00 |
| Marion County Parks and Recreation 319 Monroe St Fairmont, WV 26554 | | | | | | | |
| First Exchange Bank PO Box 388 Mannington, WV 26582 | | | | | | | |
| ACCOUNT NO. | | | | | | | 10,813.18 |
| Mineral County Board of Education 1 Baker Place Keyser, WV 26726 | | | | | | | |
| Bank of Clarke PO Box 391 Berryville, VA 22611 | | | | | | | |
| ACCOUNT NO. | | | | | | | 89,200.00 |
| MVB Bank Inc 301 Virginia St Fairmont, WV 26554 | | | | | | | |
| ACCOUNT NO. | | | | | | | 57.24 |
| Oliverio's Florist PO Box 267 Bridgeport, WV 26330 | | | | | | | |

Sheet no. 7 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  147,199.42

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Convest Ltd., Inc.                                      Case No. _____
                               Debtor                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pension Benefit Services**<br>PO Box 7379<br>Cross Lanes, WV 25356 | | | | | | | 106.00 |
| ACCOUNT NO.<br><br>**Pitney Bowes, Inc**<br>PO Box 856390<br>Louisville, KY 40285-6390 | | | | | | | 63.44 |
| ACCOUNT NO.<br><br>**Roane Board of Education**<br>813 Capital St<br>Spencer, WV 25276<br><br>**Page Valley Bank**<br>17 W Main St<br>Luray, VA 22853 | | | | | | | 250,000.00 |
| ACCOUNT NO.<br><br>**Staples**<br>PO Box 6721<br>The Lakes, NV 88901 | | | | | | | 24.88 |

Sheet no. 8 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                             Subtotal  ▶  $   250,194.32

                                              Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Comvest Ltd., Inc.                                          Case No. _____
                              **Debtor**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 34,416.00 |
| **Stonewall Jackson Hospital** 230 Hoispital Plaza Weston, WV 26452 | | | | | | | |
| Progressive Bank W Main & Locust St Buckhannon, WV 26201 | | | | | | | |
| ACCOUNT NO. | | | | | | | 16,107.98 |
| Town of Handley Sanitary Board PO Box 100 Handley, WV 25102 | | | | | | | |
| Eric Gordon Trust 819 Springdale Dr Charleston, WV 25302 | | | | | | | |
| ACCOUNT NO. | | | | | | | 24,920.00 |
| Town of Paw Paw 122 Winchester St Paw Paw, WV 25434 | | | | | | | |
| Eric Gordon Trust 819 Springdale Dr Charleston, WV 25302 | | | | | | | |
| ACCOUNT NO. | | | | | | | 942.35 |
| Town of Pax PO Box 118 Pax, WV 25904 | | | | | | | |

Sheet no.  9 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $   76,386.33

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Comvest Ltd., Inc.                                    Case No. _____
                              Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Town of Ridgely** <br> PO Box 1290 <br> Ridgley, WV 26753 | | | | | | | 26.02 |
| ACCOUNT NO. <br><br> **Town of Williamson** <br> Williamson Utility Board <br> 104 East 4th Ave <br> Williamson, WV 25661 <br><br> First Central Bank <br> 14 N Locust St <br> Buckhannon, WV 26201 | | | | | | | 4,098.20 |
| ACCOUNT NO. <br><br> **UPS** <br> PO Box 7247-0244 <br> Philadelphia, PA 19170-0001 | | | | | | | 160.84 |
| ACCOUNT NO. <br><br> **WVML** <br> 2020 Kanawha Blvd E <br> Charleston, WV 25311 | | | | | | | 300.00 |

Sheet no. 10 of 11 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                           Subtotal  >  $       4,585.06

                                           Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Case 1:10-bk-00838   Doc 31   Filed 04/22/10   Entered 04/22/10 07:52:21   Desc Main
                         Document      Page 34 of 53

B6F (Official Form 6F) (12/07) - Cont.

In re   **Comvest Ltd., Inc.**                                        Case No. _____
                              **Debtor**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  | 277.30 |
| **Xerox Capital** PO Box 660501 Dallas, TX 75266-0501 |  |  |  |  |  |  |  |

Sheet no. _11_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $      277.30

Total ▶ | $   2,182,749.55

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

86G (Official Form 6G) (12/07)

In re:   __Comvest Ltd., Inc.__                              Case No.  _____
                              Debtor                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Christie-Cutlip Development Co. Inc** 735 Genesis Blvd Bridgeport, WV 26330 | Building lease @ 735 Genesis Blvd Suite 201, Bridgeport, WV. |
| **Communication Plus** 1449 Fairmont Rd Morgantown, WV 26501-9729 | Telephone, internet, Cable |
| **Pitney Bowes** PO Box 856390 Louisville, KY 40285-6390 | Postage Meter |
| **U.S. Cellular** PO Box 371345 Pittsburgh, PA 15250-7345 | Cellular phones |
| **Xerox Capital Services** PO Box 660501 Dallas, TX 75266-0501 | Copier contract |

± *[signature]*

Case 1:10-bk-00838   Doc 31   Filed 04/22/10   Entered 04/22/10 07:52:21   Desc Main
                          Document      Page 36 of 53

B6H (Official Form 6H) (12/07)

In re: **Comvest Ltd., Inc.**                                Case No. _____
_____                                            (if known)
                    Debtor

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **H. David Cutlip**<br>**148 Liberty St**<br>**Salem, WV 26426**<br><br>**James R. Christie**<br>**1207 Briercliff Rd**<br>**Bridgeport, WV 26330** | **Freedom Bank**<br>**312 Crim Ave**<br>**Bellington, WV 26250** |

04/16/2010  12:23  3048426217
04/16/2010  10:47   304-345-1054
COMVEST
PEPPER & NASON
#2096 P.004/016
PAGE 22/33

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Comvest Ltd., Inc.**

Debtor

Case No. _____

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,376,456.49 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 498,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 2,182,749.55 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 21 | $ 2,376,456.49 | $ 2,680,749.55 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Southern District of West Virginia

In re  **Comvest Ltd., Inc.**                                                    Case No. _____
                                    Debtor                                       Chapter  **11**  _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 0.00 |

### State the following:

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 0.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ | 0.00 |

### State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 2,182,749.55 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Comvest Ltd., Inc.**
                               **Debtor**

Case No. _____
                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **H. David Cutlip**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  22_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  4 - 16 - 10

Signature: _____
**H. David Cutlip President**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Case 1:10-bk-00658  Doc 3  Filed 04/25/10  Document  Page 40 of 53

## UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In re:   **Comvest Ltd., Inc.**                                  Case No. _____

                                                                 Chapter  11

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business

operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:              $     **415,000.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:                                                      $ _____127.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---:|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 | |
| 4. Payroll Taxes | 0.00 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 0.00 | |
| 7. Other Taxes | 0.00 | |
| 8. Inventory Purchases (Including raw materials) | 0.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | 6,600.00 | |
| 11. Utilities | 825.00 | |
| 12. Office Expenses and Supplies | 1,442.64 | |
| 13. Repairs and Maintenance | 0.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 0.00 | |
| 16. Equipment Rental and Leases | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | 300.00 | |
| 18. Insurance | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 | |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
     Pre-Petition Business Debts (Specify):
     **None**                                              _____

21. Other (Specify):

     **None**                                              _____

22. Total Monthly Expenses (Add items 3 - 21)                             $ _____9,167.64

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)            $ ____(9,040.64)

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Southern District of West Virginia

In re:  **Comvest Ltd., Inc.**                                         Case No. _____

                                   **Debtor**                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
       debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning
       of this calendar year to the date this case was commenced. State also the gross amounts received during the two years
       immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a
       fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal
       year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
       must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 662,588.00 | Business Income | 2008 |
| 331,400.49 | Business Income | 2009 |
| 122,910.00 | 1st Quarter in 2010 | 2010 |

## 2. Income other than from employment or operation of business

None
☑      State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
       business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is
       filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
       each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a, or b., as appropriate, and c.*

None
☐      a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
       services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless
       the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
       (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
       repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
       under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
       the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Misc Creditors | Debtor has made misc payments as able. | | |

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90
☑      days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
       affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
       were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a
       plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13
       must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑      benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☑      filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑      foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
       debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
       or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 6. Assignments and receiverships

**None** ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None** ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

**None** ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

**None** ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

**None** ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Pepper & Nason 8 Hale Street Charleston, WV 25301 | 03/30/10 | 8,961.00 |

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Lemeul B Muniz<br>Vermont Ave<br>Clarksburg, WV 26301<br>none | | Sold 2002 Lincoln Continental for $500. |

None
☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None   List all property owned by another person that the debtor holds or controls.
☑
| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None   If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the
☐      debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
       any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1400 Johnson Ave Bridgeport, WV | Comvest Ltd, Inc. | 1989-2006 |

## 16. Spouses and Former Spouses

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑      California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years
       immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
       who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None   a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that
☑            it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of
       the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of·
☑      Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑      respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
       to the proceeding, and the docket number.

| NAME AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18. Nature, location and name of business

None  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
       executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
       other activity either full- or part-time within the six years immediately preceding the commencement of this case,
       or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately
       preceding the commencement of this case.

      If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
      the voting or equity securities, within the six years immediately preceding the commencement of this case.

      If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and
      beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
      equity securities within the six years immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None  b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑      U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or
❑      supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Michele Underwood, CPA Rt 1 Box 447A Clarksburg, WV 26301 | Weekly |

None  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the
☑      books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
❑      and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Comvest Ltd., Inc. | 735 Genesis Blvd Bridgeport, WV 26330 |

7

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐    financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Freedom Bank<br>Crim St<br>Belington, WV | 12/31/2008 |

## 20.  Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
☑    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other<br>basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the inventories reported
☑    in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☑    partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly
☐    owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| H. David Cutlip<br>148 Liberty St<br>Salem, WV 26426 | President | 33% |
| James R. Christie<br>1207 Breincliff Rd<br>Bridgeport, WV 26330 | Secretary/Treasurer | 33% |
| James S. Roberts<br>415 Tyler Place<br>Alexandria, VA 22302 | None | 33% |

## 22.  Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☑    preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
☑    within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

8

## 23. Withdrawals from a partnership or distributions by a corporation

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☑       compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year
        immediately preceding the commencement of this case.

NAME & ADDRESS                                                          AMOUNT OF MONEY
OF RECIPIENT,                          DATE AND PURPOSE                  OR DESCRIPTION
RELATIONSHIP TO DEBTOR                 OF WITHDRAWAL                     AND VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☑       consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately
        preceding the commencement of the case.

NAME  OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☑       debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the
        commencement of the case.

NAME  OF PENSION FUND                     TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    4-16-10              Signature

                             **H. David Cutlip, President**
                             Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

## UNITED STATES BANKRUPTCY COURT
### Southern District of West Virginia

In re:    **Comvest Ltd., Inc.**

Debtor

Case No.

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,961.00 |
| Prior to the filing of this statement I have received | $ | 8,961.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑  Debtor            ☐  Other (specify)

3. The source of compensation to be paid to me is:

   ☐  Debtor            ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)  [Other provisions as needed]

   **Debtor paid filing fee.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Contested lien actions, adversary proceedings as plaintiff or defendant, debtor(s) failure to appear at the Meeting of Creditors or the amendment of schedules may cause an additional fee to be charged in accordance with the Pepper & Nason Contract for Chapter 7/13 Bankruptcy Services provided to debtor(s) previously.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____

**Andrew S. Nason, Bar No. 2707**

**Pepper & Nason**

Attorney for Debtor(s)

# United States Bankruptcy Court
## Southern District of West Virginia

In re **Comvest Ltd., Inc.**

Debtor.

Case No.

Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Comvest Ltd., Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                          % of Shares Owned

**None**

OR,

___**X**___ There are no entities to report.

By: _____

**Andrew S. Nason**
Signature of Attorney

Counsel for   **Comvest Ltd., Inc.**
Bar no.:      **2707**
Address.:    **Pepper & Nason**
            **8 Hale Street**
            **Charleston, WV 25301**
Telephone No.: **304-346-0361**
Fax No.:     **304-346-1054**
E-mail address: **ASNason@Ntelos.com**

# United States Bankruptcy Court

## Southern District of West Virginia

In re:

Case No. _____
Chapter    11

Comvest Ltd., Inc.

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, H. David Cutlip, declare under penalty of perjury that I am the President of Comvest Ltd., Inc., a  Corporation and that on  the
following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States
Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that H. David Cutlip, President of this Corporation, is authorized and directed to execute and deliver all
documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that H. David Cutlip, President of this Corporation, is authorized and directed to appear in all bankruptcy
proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary
documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved, that H. David Cutlip, President of this Corporation, is authorized and directed to employ Andrew S. Nason,
attorney and the law firm of Pepper & Nason to represent the Corporation in such bankruptcy case."

Executed on:  4 - 16 - 10                          Signed: _____
                                                           H. David Cutlip

## United States Bankruptcy Court
## Southern District of West Virginia

In re:  **Comvest Ltd., Inc.**                                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **H. David Cutlip** | | | 33 1/3 |
| **James R. Christie** | | | 33 1/3 |
| **James S. Roberts** | | | 33 1/3 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **H. David Cutlip**, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  _4 - 21- 10_

H. David Cutlip, President, Comvest Ltd., Inc.
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.